PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
JOSEPHINE BALLESTEROS

FILED
CLERK, U.S. DISTRICT COURT
DEC 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPHINE BALLESTEROS, | Case No.: CV 06-07943 VAP (SS) |
| Plaintiff, | |
| v. | [proposed] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| JO ANNE B. BARNHART[1], Commissioner, Social Security Administration, | |
| Defendant. | Magistrate Judge: Susanne H. Segal |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation),

IT IS ORDERED that Plaintiff's Counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Four Thousand One Hundred Dollars ($4,100.00), pursuant to 28 U.S.C. § 2412(d) subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: 12/4/08

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue succeeded Jo Anne B. Barnhart as the Commissioner of Social Security on February 12, 2007.